UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SEBASTIAN BROWN,

    Plaintiff,

v.

HUNTINGTON NATIONAL BANK,

    Defendant.
_____/

Hon. Robert J. Jonker

Case No. 1:24-cv-346

**CONDITIONAL ORDER STRIKING PLEADING OR OTHER PAPER**

Sebastian Brown has submitted the following unsigned document, in violation of Fed. R. Civ. P. 11(a):

Motion to Appoint Counsel – ECF No. 11

This document will be deemed automatically stricken from the record, without the necessity of a further order of court, unless Sebastian Brown files a signature page (attached) within 21 days of the date of this order.

    IT IS SO ORDERED

Date: June 5, 2024
EMS

/s/ Ray Kent
RAY KENT
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SEBASTIAN BROWN,

    Plaintiff,

v.

HUNTINGTON NATIONAL BANK,

    Defendant.

_____/

Hon. Robert J. Jonker

Case No. 1:24-cv-346

**SIGNATURE PAGE FOR:**

Motion to Appoint Counsel – ECF No. 11

    The foregoing document is hereby signed and certified pursuant to Fed. R. Civ. P. 11(a).

_____

YOU MUST SIGN THIS SIGNATURE PAGE AND RETURN IT TO THE CLERK'S OFFICE AS REQUIRED BY THE ATTACHED ORDER.